UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FEED PRODUCTS NORTH, INC.,

Plaintiff,

Court file no. 01-CV-487

v.

RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC., and RANDY LEE,

Defendants.

MOTION TO LIFT STAY ON PROCEEDINGS

---

TO: Defendant Reliance Insurance Company of Illinois, Inc., and its attorney Eric E. Caugh, 33 South Sixth Street, Suite 4400, Minneapolis, Minnesota 55402, and defendants American Feed Industry Insurance Company Risk Retention Group, Inc., and Randy Lee, and their attorney James O. Redman, 3254 Main Street, Suite 200, Red Wing, Minnesota 55066.

MOTION

Plaintiff herby moves the Court for and Order as follows:

1. Lifting the stay on the above-captioned proceedings.

This motion is based on all files, records and proceedings herein, along with the affidavit of petitioner, and argument of counsel.

Dated: December 1, 2004

s/ Robert C. Black, III
Robert C. Black, III
Attorney for Plaintiff
Suite 425
7400 Metro Boulevard
Edina MN 55439
612-831-1454
Attorney Reg. No. 186855