UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FEED PRODUCTS NORTH, INC.,

Plaintiff,

Court file no. 01-CV-487

v.

RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC., and RANDY LEE,

Defendants.

CERTIFICATE OF SERVICE

---

I, Robert C. Black, III, do hereby certify that on December 1, 2004, I caused the following documents:

a. Motion to Lift Stay;
b. Affidavit of Robert C. Black, III; and
c. Notice of Motion to Lift Stay,

to be filed electronically with the Clerk of Court through ECF and that ECF will send and e-notice of the electronic filing to the following:

Eric E. Caugh; and
James O. Redman.

I further certify that I caused that the proposed order to be filed with the court via e-mail to the following magistrate judge who is hearing the motion:

Jonathan Lebedoff at: lebedoff_chambers@mnd.uscourts.gov.

I further certify that I caused a copy of the proposed order via e-mail to the following:

Eric E. Caugh at: ecaugh@zelle.com; and
James O. Redman at: jredman@mcleodusa.net.

Dated: December 1, 2004

s/ Robert C. Black, II
Robert C. Black, III