UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FEED PRODUCTS NORTH, INC.,

Plaintiff,

Court file no. 01-CV-487

v.

RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC., and RANDY LEE,

Defendants.

AFFIDAVIT OF ROBERT C. BLACK, III

---

State of Minnesota )
)
County of Hennepin)

Robert C. Black, III, being first duly sworn on oath, states as follows:

1. I am the attorney for the plaintiff in the above-captioned matter. I make this affidavit in support of plaintiff's motion to lift the stay on these proceedings.

2. Counsel for the parties hereto previously stipulated to stay the above-captioned matter. The underlying basis for the Stipulation was that Reliance Insurance Company, Inc., (hereinafter "Reliance") is currently in a court ordered liquidation and all proceedings against Reliance have been stayed pursuant the Order of the Commonwealth Court of Pennsylvania, dated May 29, 2001, in order to allow for the orderly adjudication of claims against Reliance.

3. Paragraph 10 of the Stipulation provides that the stay may be lifted upon adjudication of plaintiff's claim against Reliance or upon motion of a party showing good cause.

4. Plaintiff's claim against reliance has now been adjudicated pursuant to the Notice of Determination dated September 23, 2004, a copy of which is attached hereto. The Notice of Determination affectively resolves plaintiff's claim against Reliance. Note than other than collecting monies due plaintiff from Reliance pursuant to the Notice of Determination, plaintiff does not plan on further pursuit of Reliance in this action.

5. Pursuant to correspondence to counsel for Defendants American and Lee, they were given an opportunity to object to the Notice of Determination by Reliance. A copy of the correspondence is attached hereto. Despite the opportunity, no objection was raised.

6. Since the plaintiff's claim against Reliance is resolved, it is now appropriate to lift the stay on these proceedings and allow plaintiff to proceed with its claims against defendants American Feed Industry Insurance Company Risk Retention Group, Inc, and Randy Lee.

7. Accordingly, plaintiff respectfully requests that the stay on the above-captioned matter be lifted.

Dated: December 1, 2004

Robert C. Black, III

Subscribed and sworn before me this 1st day of December 2004.

Notary Public

ROBERT LORENTZ ZABEL
NOTARY PUBLIC – MINNESOTA
MY COMMISSION EXPIRES 1-31-09

# Reliance Insurance Company (in Liquidation)
## Notice of Determination

**Cause No.: 269 MD 2001**

**09-23-2004**

ROBERT C. BLACK, III
7400 METRO BLVD
SUITE 190
EDINA, NM 55439

| | | |
|---|---|---|
| **Re:** | **Proof Of Claim No.:** | 853815 |
| | **Reliance Policy No.:** | NZA1515348 |
| | **Insured Name:** | FEED PRODUCTS NORTH, INC. |
| | **Reliance Claim No.:** | 00128604 |
| | **Date of Loss:** | 07/07/2000 |
| | | FEED PRODUCTS NORTH, INC.<br>1300 MCKNIGHT RD N<br>MAPLEWOOD, MN 55119-3127 |

**NOTICE OF DETERMINATION**

This notice is provided to advise you of the Statutory Liquidator's determination of the above-referenced claim. If you have other claims against the estate for which you have filed a separate Proof of Claim or you have previously been advised that your Proof of Claim stated multiple claim types and has been separated, you will receive a notice for each of these claims at the time that they are evaluated.

Section 544 of the Insurance Department Act (40 P.S. Section 221.44) establishes the level of priority to be assigned to a claim against the estate of a liquidated company, including Reliance.

**Priority Level ( b ) has been assigned to the above referenced claim in accordance with the provisions of section 544.**

**Your claim against the Estate of Reliance has been valued and allowed in the amount of $ 47,082.25.**

The amount allowed above is based on:
- The reasonable cost or expense of the damages claimed.

The amount above represents our recent agreement.

If you accept this determination of your claim, no action is necessary. A copy of applicable provisions of the Commonwealth Court Order regarding disputed claims is enclosed. You must follow the procedures set forth in that Order if you wish to object to this determination. A complete copy of the Order is posted on the Internet at www.reliancedocuments.com. Other procedures governing objections to this notice of determination can be found in Article V of the Insurance Department Act of 1921 (40 P.S. Sections 221.1 et seq.). Please reference the Reliance Proof of Claim number, Reliance Cause number, and Reliance Claim number listed above in any correspondence or pleadings related to this notice.

Evaluated by: MORGAN,JOHN Phone #: (212) 858-3835

**ROBERT C. BLACK, III**
**ATTORNEY AT LAW**
7400 METRO BOULEVARD
SUITE 190
EDINA, MINNESOTA 55439

952-831-1454
FAX 952-835-3706
E-Mail: RBlack007@AOL.COM

August 12, 2004

James O. Redman
Attorney at Law
325 Main Street
Suite 200
Red Wing MN 55066

Mr. Eric E. Caugh
Zelle Hoffman
500 Washington Ave.
Suite 400
Minneapolis MN 55415

RE: Feed Products North v. Reliance Insurance Co., American Feed Industry Insurance Company Risk Retention Group and Randy Lee
Court file no. 01-CV-487

Dear Mr. Redman and Mr. Caugh:

Please be advised that I have been advised by Reliance Insurance Co. (Reliance) that it has reviewed Feed Products North's claim regarding the damage it sustained on July 7, 2004. It has allowed a claim of $47,082.25, which amount consists of $30,238.25 for the depreciated property damage, and $16,844.00 for the supplemental claim regarding damage to the electrical system.

I have been authorized by Feed Products to accept the amounts allowed by Reliance. If there is no objection by American Feed Industry Insurance Company or Randy Lee, it is my intention to dismiss Reliance from the above-referenced matter and proceed with the litigation as it relates to American Feed Industry Insurance Company and Randy Lee. Accordingly, if there is any objection to the allowance by Reliance, please let me know. If I do not hear of an objection by September 3, 2004, I will notify Reliance that the allowance is accepted and expect that it will issue a Notice of Determination.

If you have any questions or comments regarding this matter, do not hesitate to call.

Sincerely,

Robert C. Black, III
cc: Feed Products