UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 01-CV-487

FEED PRODUCTS NORTH, INC.,

Plaintiff,

v.

RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC., and RANDY LEE,

Defendants.

**MOTION TO DISMISS**

TO: DEFENDANT RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AND ITS ATTORNEY ERIC E. CAUGH, 33 SOUTH SIXTH STREET, SUITE 4400, MINNEAPOLIS, MINNESOTA 55402 AND PLAINTIFF FEED PRODUCTS NORTH, INC., AND ITS ATTORNEY ROBERT C. BLACK, III, SUITE 425, 7400 METRO BOULEVARD, EDINA, MINNESOTA 55439

MOTION

Defendant American Feed Industry Insurance Company Risk Retention Group and Randy Lee move the Court for an Order dismissing the above-captioned action with prejudice and on the merits.

This Motion is based on all files, records and proceedings herein, along with the Affidavit of counsel for the moving parties, and arguments of counsel.

Date: 12/15/04

**JAMES O. REDMAN, PLC**

By: [signature]

James O. Redman (A.R. # 90013)
Attorney for Defendants
325 Main Street
Red Wing, MN 55066
Telephone: (651)267-4166