UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 01-CV-487

FEED PRODUCTS NORTH, INC.,

Plaintiff,

v.

RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC., and RANDY LEE,

Defendants.

**NOTICE OF MOTION**

TO: PLAINTIFF FEED PRODUCTS NORTH, INC., AND ITS ATTORNEY ROBERT C. BLACK, III, SUITE 425, 7400 METRO BOULEVARD, EDINA, MINNESOTA 55439 AND DEFENDANT RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AND ITS ATTORNEY ERIC E. CAUGH, 33 SOUTH SIXTH STREET, SUITE 4400, MINNEAPOLIS, MINNESOTA 55402

PLEASE TAKE NOTICE, American Feed Industry Insurance Company Risk Retention Group, Inc., and Randy Lee by and through their attorney, James O. Redman, Esq., will bring a Motion to Dismiss the above lawsuit before the Honorable Magistrate Judge Jonathan Lebedoff at 9:30 AM on December 30, 2004, in courtroom 9E of the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, or as soon thereafter as counsel can be heard.

**JAMES O. REDMAN, PLC**

Date: 12/15/04

By: [signature]
James O. Redman (A.R. # 90013)
Attorney for Defendants
325 Main Street
Red Wing, MN 55066
Telephone: (651)267-4166