UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 01-CV-487

FEED PRODUCTS NORTH, INC.,

Plaintiff,

v.

RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC., and RANDY LEE,

Defendants.

**AFFIDAVIT OF JAMES O. REDMAN**

STATE OF MINNESOTA )
)
COUNTY OF GOODHUE )

James O. Redman, Esq., being duly sworn upon oath states and alleges:

1. That all times material to this lawsuit I have acted as counsel for Defendant American Feed Industry Insurance Company and Risk Retention Group, Inc., and Randy Lee.

2. Defendants American Feed Industry Insurance Company, Risk Retention Group, Inc., and Randy Lee sold the policy of commercial property insurance to Feed Products North, Inc., on behalf of Reliance Insurance Company.

3, At the time this litigation was originally pending before this Court, Defendant Reliance Insurance Company was declared to be insolvent and was placed under receivership.

4. Because the receivership would result in the adjustment of outstanding insurance claims by the receiver for the insurer, the attorneys for the parties hereto entered into a Joint Stipulation and Proposed Order to Stay Proceedings. The parties in their Stipulation agreed that the current stay of proceedings would be effective "…until Plaintiff Feed Products North's claims against Reliance are fully and finally adjudicated…or until this stay is lifted by Order of this Court upon Motion of one of the parties and for good cause shown." (Stipulation of the Parties at paragraph 10).

5. The above cited provision also went on to state that "...the parties agree to jointly move for a dismissal of this matter with prejudice and with each party bearing its own cost, fees, and expenses..." as such time the claims of the Plaintiff against Reliance were fully and finally adjudicated.

6. It is the contention of the moving parties herein that the claims of Feed Products North against Reliance have been fully and finally adjudicated as contemplated by the clear wording of the Stipulation.

Accordingly, by prior agreement of the parties, the Court is now being asked to dismiss this matter with prejudice on the merits in a manner consistent with the prior Stipulation of the parties.

FURTHER YOUR AFFIANT SAYETH NAUGHT, accept that his Affidavit is in support of the pending Motion of American Feed Industry Insurance Group Company Risk Retention Group, Inc., and Randy Lee's Motion to Dismiss.

**JAMES O. REDMAN, PLC**

Date: 12/15/04

By: ______________________
James O. Redman (A.R. # 90013)
Attorney for Defendants
325 Main Street
Red Wing, MN 55066
Telephone: (651)267-4166

Subscribed and sworn to before me
this ____ day of December, 2004

______________________
Notary Public