UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 01-CV-487

FEED PRODUCTS NORTH, INC.,

Plaintiff,

v.

RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC., and RANDY LEE,

Defendants.

**CERTIFICATE OF SERVICE**

I, James O. Redman, do hereby certify that on December 15, 2004, I cause the following documents:

a. Motion to Dismiss;
b. Affidavit of James O. Redman;
c. Notice of Motion to Dismiss; and
d. Proposed Order

to be filed electronically with the Clerk of Court through ECF and that ECF will send and e-notice of the electronic filing to the following:

Eric E. Caugh; and
Robert C. Black, III

I further certify that I caused that the proposed order to be filed with the court via e-mail to the following magistrate judge who is hearing the motion:

Jonathan Lebedoff at: lebedoff_chambers@mnd.uscourts.gov

I further certify that I caused a copy of the proposed order via e-mail to the following:

Eric E. Caugh at: ecaugh@zelle.com; and
Robert C. Black, III at: Rblack007@AOL.COM

**JAMES O. REDMAN, PLC**

Date: 12/15/04

By: ____________________
James O. Redman (A.R. # 90013)
Attorney for Defendants
325 Main Street
Red Wing, MN 55066
Telephone: (651)267-4166