**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Feed Products North, Inc.,

Plaintiff,

v.

Reliance Insurance Company, American Feed Industry Insurance Company Risk Retention Group, Inc., and Randy Lee,

Defendants.

01cv487 (JNE/JGL)

**ORDER OF REFERENCE**

---

**IT IS ORDERED** that pursuant to 28 United States Code, Section 636(b)(1) (A), (B) and (C), the Defendant's Motion to Dismiss [Docket Entry No. 16] is referred to Magistrate Judge Jonathan G. Lebedoff..

Dated: December 16, 2004.

s/ Joan N. Ericksen
JOAN N. ERICKSEN, Judge
United States District Court