# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

**FEED PRODUCTS NORTH, INC.,**

Plaintiff,

v.

**RELIANCE INSURANCE COMPANY, sued as Reliance Insurance Company of Illinois, Inc.; AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC.; and RANDY LEE,**

Defendants.

## COURT MINUTES

BEFORE: Jonathan Lebedoff
Chief United States Magistrate Judge

| | |
|---|---|
| Case No: | 01-487 (JNE/JGL) |
| Date: | December 30, 2004 |
| Court Reporter: | none |
| Tape Number: | number not available |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 9:50 a.m. |
| Time in Court: | 20 minutes |

APPEARANCES:

Robert Black, III, Esq., on behalf of Plaintiff Feed Products North, Inc.

James Redman, Esq., on behalf of Defendants American Feed Industry Insurance Company Risk Retention Group, Inc., and Randy Lee

No appearance was made on behalf of Defendant Reliance Insurance Company

Interpreter / Language: none / English

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** x **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Before the Court on Plaintiff's Motion to Lift Stay on Proceedings (Doc. No. 13).

Motion **GRANTED** from the bench. Written Order to follow.

X ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED X NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Krisann Kleibacker
Signature of Judicial Law Clerk