**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**FEED PRODUCTS NORTH, INC.,**

Plaintiff,

v.

**RELIANCE INSURANCE COMPANY, sued as Reliance Insurance Company of Illinois, Inc.; AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC.; and RANDY LEE,**

Defendants.

Court file no. 01-CV-487 (JNE/JGL)

**O R D E R**

---

The above-captioned matter came on for hearing on December 30, 2004, before the Honorable Jonathan Lebedoff, Chief Magistrate Judge of the United States District Court. Appearances for the parties were noted in the record.

Based upon the motion of plaintiff, argument of counsel and all files, records and proceedings herein,

NOW, THEREFORE, IT IS HEREBY ORDERED:

Plaintiff's Motion to Lift Stay on Proceedings (Doc. No. 13) is **GRANTED**. The stay on the above-captioned proceeding is hereby lifted.

Dated: December 30, 2004

s/ Jonathan Lebedoff
Jonathan Lebedoff
Chief United States Magistrate Judge