UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FEED PRODUCTS NORTH, INC.,

Plaintiff,

v.

RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC., and RANDY LEE,

Defendants.

Court File No. 01-CV-487

MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC. AND RANDY LEE

---

TO: Plaintiff Feed Products North, Inc., and its attorney, Robert C. Black, III, Suite 425, 7400 Metro Boulevard, Edina, Minnesota 55439, and Defendant Reliance Insurance Company of Illinois, Inc., and its attorney, Eric E. Caugh, 33 South Sixth Street, Suite 4400 Minneapolis, Minnesota 55402.

MOTION

Defendants American Feed Industry Insurance Company Risk Retention Group, Inc. and Randy Lee (hereinafter "Defendants"), hereby move the Court for an Order as follows:

1. To dismiss Plaintiffs claims against Defendants in their entirety and with prejudice; and
2. For such other and further relief as this Court deems just.

This motion is based on all files, records and proceedings herein, along with the enclosed memorandum of law, affidavit, and arguments of counsel.

Dated: February 25, 2005

s/ James O. Redman
James O. Redman (#90013)
James O. Redman, PLC
325 Main Street, #200
Red Wing, MN 55066
(651) 267-4166

Attorney for Defendants American Feed Industry Insurance Company

Risk Retention Group, Inc. and
Randy Lee