UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FEED PRODUCTS NORTH, INC.,

Plaintiff,

Court File No. 01-CV-487

v.

AFFIDAVIT OF JAMES O. REDMAN

RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC., and RANDY LEE,

Defendants.

STATE OF MINNESOTA )
) ss.
COUNTY OF GOODHUE )

I, James O. Redman, being first duly sworn upon oath, state and allege:

1. I am the attorney representing American Feed Industry Insurance Company Risk Retention Group, Inc. and Randy Lee (hereinafter "Defendants") in the above matter.

2. I am making this Affidavit in support of the pending Motion for Summary Judgment on behalf of my clients. The motion, this affidavit, and the other supporting documents are made in good faith.

3. The Motion for Summary Judgment is made based upon the Joint Stipulation and Proposed Order to Stay All Proceedings" (hereinafter "Joint Stipulation") that was signed by counsel for Plaintiff, Reliance and Defendants.

4. Paragraph 10 of the Joint Stipulation provides that the parties will jointly dismiss this litigation when Plaintiff has "fully and finally adjudicated" its claims with Reliance pursuant to the insolvency proceedings within the state of Pennsylvania.

5. Based upon the affidavit of Plaintiff's counsel, dated December 1, 2004, Plaintiff has indeed settled its claims with Reliance. Thus, there are no claims left to litigate and no genuine issues of material fact.

6. Accordingly, Defendants respectfully request that the Court grant their motion for summary judgment in the above-captioned matter.

Dated: February 25, 2005

s/ James O. Redman
James O. Redman (#90013)
James O. Redman, PLC
325 Main Street, #200
Red Wing, MN 55066
(651) 267-4166

Attorney for Defendants American Feed Industry Insurance Company

Subscribed to and sworn to before me
this 25th day of February 25, 2005.

s/ Leah M. DiOrio ________________
Notary Public