UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FEED PRODUCTS NORTH, INC.,

Plaintiff,

Court File No. 01-CV-487

v.

CERTIFICATE OF SERVICE

RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC., and RANDY LEE,

Defendants.

I, James O. Redman, do hereby certify that on March 3, 2005, I caused the following document:

Supplemental Memorandum of Law in support of the Motion for Summary Judgment of Defendants American Feed Industry Insurance Company Risk Retention Group, Inc., and Randy Lee;

to be filed electronically with the Clerk of Court through ECF and that ECF will send an e-notice of the electronic filing to the following:

Robert C. Black, III; and
Eric E. Caugh.

Dated: March 3, 2005

s/ James O. Redman
James O. Redman (#90013)
James O. Redman, PLC
325 Main Street, #200
Red Wing, MN 55066
(651) 267-4166

Attorney for Defendants American Feed Industry Insurance Company Risk Retention Group, Inc. and Randy Lee