UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FEED PRODUCTS NORTH, INC.,

Plaintiff,

Court file no. 01-CV-487

v.

RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC., and RANDY LEE,
Defendants.

MOTION FOR RELIEF FROM STIPULATION

---

TO: Defendant Reliance Insurance Company of Illinois, Inc., and its attorney Eric E. Caugh, 33 South Sixth Street, Suite 4400, Minneapolis, Minnesota 55402, and defendants American Feed Industry Insurance Company Risk Retention Group, Inc., and Randy Lee, and their attorney James O. Redman, 3254 Main Street, Suite 200, Red Wing, Minnesota 55066.

MOTION

Plaintiff herby moves the Court for and Order as follows:

1. Granting relief from the Joint Stipulation of the Parties to the extent that it purports to dismiss Defendants American Feed Industry Insurance Company Risk Retention Group, Inc. and Randy Lee.

This motion is based on all files, records and proceedings herein, along with the affidavit of petitioner, and argument of counsel.

Dated: March 23, 2005

s/ Robert C. Black, III
Robert C. Black, III
Attorney for Plaintiff
Suite 425
7400 Metro Boulevard
Edina MN 55439
612-831-1454
Attorney Reg. No. 186855