UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FEED PRODUCTS NORTH, INC.,

Plaintiff,

Court file no. 01-CV-487

v.

RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC., and RANDY LEE,

CERTIFICATE OF SERVICE

Defendants.

---

I, Robert C. Black, III, do hereby certify that on March 24, 2005, I caused the following documents:

a. Notice of Hearing on Motion;
b. Motion;
c. Memorandum of Law
d. Affidavit of Robert C. Black, III; and
e. Certificate of Service

to be filed electronically with the Clerk of Court through ECF and that ECF will send and e-notice of the electronic filing to the following:

Eric E. Caugh; and
James O. Redman.

I further certify that I caused that the proposed order to be filed with the court via e-mail to the following magistrate judge who is hearing the motion:

Joan Ericksen at: JoanEricksen_chambers@mnd.uscourts.gov

I further certify that I caused a copy of the proposed order via e-mail to the following:

Eric E. Caugh at: ecaugh@zelle.com; and
James O. Redman at: jredman@mcleodusa.net.

Dated: March 24, 2005

/s/ Robert C. Black, II
Robert C. Black, III