UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FEED PRODUCTS NORTH, INC.,

Plaintiff, Court File No. 01-CV-487

v.

RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC., and RANDY LEE,

Defendants.

AMENDED NOTICE OF MOTION

TO: Plaintiff Feed Products North, Inc., and its attorney, Robert C. Black, III, Suite 425, 7400 Metro Boulevard, Edina, Minnesota 55439, and Defendant Reliance Insurance Company of Illinois, Inc., and its attorney, Eric E. Caugh, 33 South Sixth Street, Suite 4400 Minneapolis, Minnesota 55402.

PLEASE TAKE NOTICE, that Defendants American Feed Industry Insurance Company Risk Retention Group, Inc. and Randy Lee, will bring a motion for summary judgment pursuant to F.R.C.P. 56 of the above-mentioned proceedings before the Honorable Joan N. Ericksen, District Judge, at 11:00 a.m. on April 18, 2005, in courtroom 3 on the seventh floor of the United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota, or as soon thereafter as counsel can be heard.

Dated: March 30, 2005

s/ James O. Redman
James O. Redman (#90013)
James O. Redman, PLC
325 Main Street, #200
Red Wing, MN 55066
(651) 267-4166

Attorney for Defendants American Feed Industry Insurance Company Risk Retention Group, Inc. and Randy Lee