UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FEED PRODUCTS NORTH, INC.,

Plaintiff,

Court File No. 01-CV-487

v.

CERTIFICATE OF SERVICE

RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC., and RANDY LEE,

Defendants.

---

I, James O. Redman, do hereby certify that on March 30, 2005, I caused the following documents:

Amended Proposed Order

to be filed electronically with the Clerk of Court through ECF and that eCF will send an e-notice of the electronic filing to the following:

Robert C. Black, III; and
Eric E. Caugh.

I further certify that I caused a copy of the proposed order via e-mail to the following:

Robert C. Black, III at: rblack007@aol.com; and
Eric E. Caugh at: ecaugh@zelle.com.

Dated: March 30, 2005

s/ James O. Redman
James O. Redman (#90013)
James O. Redman, PLC
325 Main Street, #200
Red Wing, MN 55066
(651) 267-4166

Attorney for Defendants American
Feed Industry Insurance Company and
Randy Lee