**James O. Redman, PLC**
Attorney at Law
325 Main Street
Suite 200
Red Wing, MN 55066

Phone (651)267-4166
Fax (651)267-4169
E-Mail: jredman@mcleodusa.net

March 30, 2005

Honorable Jonathan Lebedoff
Chief Magistrate District Judge, District of Minnesota
United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

***VIA ECF***

RE: *Feed Products North, Inc. v. Reliance Insurance Company, et al.*
Court File No.: 01 CV 487

Dear Chief Magistrate Lebedoff:

I am writing to request a withdrawal of the motion to dismiss filed by American Feed Industry Insurance Company Risk Retention Group, Inc. and Randy Lee on December 15, 2004 in the above-captioned matter. The motion appears as document 16 (01487) on ECF. This motion has been modified as a summary judgment and a hearing before the Honorable Joan N. Ericksen has been scheduled.

Please do not hesitate to contact me if you have questions or require additional information.

Very truly yours,

/s/ James O. Redman
James O. Redman