UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FEED PRODUCTS NORTH, INC.,

Plaintiff,

Court file no. 01-CV-487

v.

RELIANCE INSURANCE COMPANY OF ILLINOIS, INC., AMERICAN FEED INDUSTRY INSURANCE COMPANY RISK RETENTION GROUP, INC., and RANDY LEE,

Defendants.

NOTICE OF HEARING ON MOTION FOR RELIEF FROM STIPULATION

---

NOTICE OF HEARING ON MOTION

TO: Defendant Reliance Insurance Company of Illinois, Inc., and its attorney Eric E. Caugh, 33 South Sixth Street, Suite 4400, Minneapolis, Minnesota 55402, and defendants American Feed Industry Insurance Company Risk Retention Group, Inc., and Randy Lee, and their attorney James O. Redman, 3254 Main Street, Suite 200, Red Wing, Minnesota 55066.

PLEASE TAKE NOTICE, plaintiff Feed Products North, Inc, by and through his attorney Robert C. Black, III, will bring a motion for Relief from Stipulation in the above-captioned proceedings before the honorable Joan M. Ericksen, at 11:00 am on April 18, 2005, in courtroom 3 of the United States Courthouse, 316 North Robert Street, St Paul, Minnesota, or as soon thereafter as counsel can be heard.

Dated: March 23, 2005

s/ Robert C. Black, III
Robert C. Black, III
Attorney for Plaintiff
Suite 425
7400 Metro Boulevard
Edina MN 55439
612-831-1454
Attorney Reg. No. 186855