# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

Feed Products North, Inc.,

Plaintiff,

v.

Reliance Insurance Company, et al,

Defendant.

**COURT MINUTES**
BEFORE: Joan N. Ericksen
U.S. Judge

Case No: 01cv487 (JNE/JGL)
Date: April 18, 2005
Court Reporter: Maria Weinbeck
Time Commenced: 11:00 a.m.
Time Concluded: 12:00 p.m.
Time in Court: 1 Hour

Hearing on: **Defendant's Motion for Summary Judgment [#25] and Plaintiff's Motion for Relief from Stipulation [#32] - are both TAKEN UNDER ADVISEMENT**

APPEARANCES:

Plaintiff: Robert C. Black, III
Defendant: James O. Redman

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk