# UNITED STATES DISTRICT COURT
## District of Minnesota

Feed Products North, Inc.,

V.

Reliance Insurance Company of Illinois, Inc., American Feed Industry Insurance Company, Risk Retention Group, Inc., and Randy Lee,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-487 JNE/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. American Feed and Lee's Motion for Summary Judgment (Docket No. 25) is GRANTED.
2. Feed Products North's Motion for Relief from Stipulation (Docket No. 32) is DENIED.
3. This case is DISMISSED WITH PREJUDICE.

July 21, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer, Deputy Clerk